BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2743
Facsimile:  (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for Defendants
United States Department of Interior,
United States Fish and Wildlife Service and Carolyn A. Lown

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY A. KLEIN,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, *et al*.,<br><br>            Defendants. | CASE NO. 2:14-cv-00700-GEB-CKD<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Judge:  Hon. Garland E. Burrell |

Plaintiff Rodney A. Klein and Defendants the United States Department of Interior, United States Fish and Wildlife Service and Carolyn A. Lown respectfully request that the Court continue this case's June 23, 2014 Scheduling Conference.  Plaintiff intends to perfect service of the summons and complaint shortly, which will begin the Federal Defendants' 60-day period to respond.

Given that Federal Defendants' response will therefore be due in late July or early August, the parties respectfully suggest moving the Scheduling Conference to September 15, 2014 at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: May 29, 2014

*/s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for Defendants

Dated: May 30, 2014

*/s/ Rodney A. Klein (authorized 5/30/14)*
Rodney A. Klein
Plaintiff

IT IS SO ORDERED.

Dated: June 9, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge