UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY A. KLEIN,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, and CAROLYN A. LOWN,<br><br>              Defendants. | No.  2:14-cv-00700-GEB-CKD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

       The Joint Status Report ("JSR") filed August 29, 2014, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on September 15, 2014, is continued to January 16, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

       Further, because of representations made in Plaintiff's Opposition to Defendants' Request to Continue the Pretrial Scheduling Conference and the JSR, a party shall file a Notice of Related Cases document no later than September 15, 2014, in each action opined to be related. (See Pl.'s Opp'n to Defs.' Req. 2:8-17, ECF No. 13; JSR 4:7-10, ECF No. 14.) Alternatively, each party shall show cause why a sanction should not be imposed for failure to comply with Local Rule 123 ("OSC") in a filing due no

later than September 15, 2014. If a hearing is desired on the OSC, it shall be requested in the above referenced filing.

      IT IS SO ORDERED.

Dated: September 4, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge